Mr. A. Acosta,

1-17-15
81,591-01

My name is Francisco J. Sanchez #1834209, and am incarcerated at the Stevenson Unit 1525 ~~FM 766 in Cuero Tx~~ Cuero Tx 77954.

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 20 2015
Abel Acosta, Clerk

I am hoping you will be able to assist me with the status of my Habeaus Corpus 11.07 I resent a few months ago. I am a mexican national and am not savvy to your laws. I had sent a Habeaus Corpus 11.07 before my appeal was final; it was denied as well as a H.B. 2254.

When my appeal was final I resent my Habeaus Corpus 11.07 and have yet to hear anything on that Cause #1281279-A - 263rd District Court, in Harris County.

Sorry for the inconvenience if theres anything you can tell please do. I do appreciate your time and concern. Thank You!

Respectfully

Francisco J Sanchez